AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| NAXOS RIGHTS US INC.,<br>a Nevada corporation, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 8:16 C v 516 T 27 TBM |
| v. | ) | |
| DONALD ELLSWORTH WYATT,<br>individually and doing business as<br>TRAVELVIDEOSTORE.COM,<br>a Florida sole propietorship | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald Ellsworth Wyatt,
individually and doing business as
TRAVELVIDEOSTORE.COM
5420 Boran Drive
Tampa, FL  33610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Stephen D. Milbrath, Esq.
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
P.O. Box 3791
Orlando, FL  32802-3791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  MAR - 3 2016

_____
*Signature of Clerk or Deputy Clerk*